STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
CHRISTIAN PALOMINO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 14-457 PJH |
|---|---|
| PLAINTIFF, | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRE-TRIAL RELEASE |
| v. | |
| CHRISTIAN PALOMINO, | HONORABLE KANDIS WESTMORE |
| DEFENDANT. | |

Mr. Palomino was released from custody on August 22, 2014 on a $10,000.00 unsecured bond. On September 9, 2014, the conditions of his release were modified to include location monitoring.

Mr. Palomino has succeeded in finding employment, at Mi Pueblo Food. However, Mr. Palomino's job requires him to work hours that might preclude him being able to comply with his curfew. Consequently, the parties and pre-trial services jointly request the following modifications to the conditions of Mr. Palomino's pre-trial release:

1) Mr. Palomino will no longer be subject to location monitoring.

CR 14-457 PJH
Stipulation & [Proposed] Order
Modifying Conditions of Pretrial Release          1

2) Mr. Palomino must come straight home from work on evenings that he works past 6:00 p.m.

3) Mr. Palomino must sleep at his house every night.

4) Mr. Palomino must produce pay stubs to pre-trial services every week.

5) If Mr. Palomino loses his job, location monitoring will resume.

6) Mr. Palomino must report to pre-trial services once per week.

7) Mr. Palomino will have monthly court appearances in front of Judge Westmore to assess his performance on pre-trial supervision.

8) All other conditions of release shall remain the same.

Dated: December 18, 2014                                /s/
                                                                      ELLEN V. LEONIDA
                                                                      Assistant Public Defender
                                                                      Attorney for Christian Palomino


Dated: December 18, 2014                                /s/
                                                                      BRIAN LEWIS
                                                                      Assistant United States Attorney

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Christian Palomino be modified as follows:

1) Mr. Palomino will no longer be subject to location monitoring.

2) Mr. Palomino must come straight home from work on evenings that he works past 6:00 p.m.

3) Mr. Palomino must sleep at his house every night.

4) Mr. Palomino must produce pay stubs to pre-trial services every week.

5) If Mr. Palomino loses his job, location monitoring will resume.

6) Mr. Palomino will report to pre-trial services once per week.

7) Mr. Palomino will have monthly court appearances in front of Judge Westmore to assess his performance on pre-trial supervision.

8) All other conditions of release shall remain the same

IT IS SO ORDERED.

Date

KANDIS WESTMORE
United States Magistrate Judge

CR 14-457 PJH
Stipulation & [Proposed] Order
Modifying Conditions of Pretrial Release    3