1  STEVEN G. KALAR
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: ellen_leonida@fd.org

6  Counsel for Defendant
   CHRISTIAN PALOMINO

              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                      OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 14-457 PJH |
|---|---|
| PLAINTIFF, | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRE-TRIAL RELEASE |
| v. | |
| CHRISTIAN PALOMINO, | HONORABLE KANDIS WESTMORE |
| DEFENDANT. | |

Mr. Palomino was released from custody on August 22, 2014 on a $10,000.00 unsecured bond. On September 9, 2014, the conditions of his release were modified to include location monitoring.

Mr. Palomino has succeeded in finding employment, at Mi Pueblo Food. However, Mr. Palomino's job requires him to work hours that might preclude him being able to comply with his curfew. Consequently, the parties and pre-trial services jointly request the following modifications to the conditions of Mr. Palomino's pre-trial release:

1) Mr. Palomino will no longer be subject to location monitoring.

2) Mr. Palomino must come straight home from work on evenings that he works past 6:00 p.m.

3) Mr. Palomino must sleep at his house every night.

4) Mr. Palomino must produce pay stubs to pre-trial services every week.

5) If Mr. Palomino loses his job, location monitoring will resume.

6) Mr. Palomino must report to pre-trial services once per week.

7) Mr. Palomino will have monthly court appearances in front of Judge Westmore to assess his performance on pre-trial supervision.

8) All other conditions of release shall remain the same.

Dated: December 18, 2014 /s/
ELLEN V. LEONIDA
Assistant Public Defender
Attorney for Christian Palomino

Dated: December 18, 2014 /s/
BRIAN LEWIS
Assistant United States Attorney

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Christian Palomino be modified as follows:

1) Mr. Palomino will no longer be subject to location monitoring.

2) Mr. Palomino must come straight home from work on evenings that he works past 6:00 p.m.

3) Mr. Palomino must sleep at his house every night.

4) Mr. Palomino must produce pay stubs to pre-trial services every week.

5) If Mr. Palomino loses his job, location monitoring will resume.

6) Mr. Palomino will report to pre-trial services once per week.

7) Mr. Palomino will have monthly court appearances in front of Judge Westmore to assess his performance on pre-trial supervision.

8) All other conditions of release shall remain the same

IT IS SO ORDERED.

12/19/14
Date

KANDIS WESTMORE
United States Magistrate Judge

CR 14-457 PJH
Stipulation & [Proposed] Order
Modifying Conditions of Pretrial Release

3